**Richard ROBIDOUX, Petitioner,**

v.

**CITY OF LAKEWOOD, et al, Respondents.**

**No. 85SC46.**

Supreme Court of Colorado, En Banc.

Oct. 27, 1986.

Upon review of the record and briefs filed herein, and having heard the oral arguments of counsel,

It Is This Day Ordered that the Writ of Certiorari in the above captioned cases shall be, and the same hereby is, Dismissed as Improvidently granted.